UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U. S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

SEP 14 2016

CHRISTA K. BERRY, CLERK
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 2:16-cr-116-JDL |
| | ) (18 U.S.C. § 1470) |
| GARRETT BROSNAN | ) |
| | ) |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE
(Attempted Transfer of Obscene Material to a Minor)

On about June 2, 2016, in the District of Maine, the defendant,

**GARRETT BROSNAN,**

used the internet, a facility and means of interstate commerce, to knowingly attempt to transfer obscene matter to another individual who had not attained the age of 16 years, knowing that such other individual had not attained the age of 16 years. Specifically, **BROSNAN** sent an image of an adult male exposing his erect penis to an individual he believed to be a 14-year-old girl.

In violation of Title 18, United States Code, Section 1470.

_____
(ASSISTANT) UNITED STATES ATTORNEY

Dated: 8/29/2016