2:16-cr-116-NT

U. S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
SEP 14 2016
CHRISTA K. BERRY, CLERK
BY
~~DEPUTY CLERK~~

# SYNOPSIS - INFORMATION

| | |
|---|---|
| **Name:** | Garrett G. Brosnan |
| **Address:** (City & State Only) | Bath, Maine |
| **Year of Birth and Age:** | 1991 (25 years old) |
| **Violations:** | Count1 1: Attempted transfer of obscene material to a minor. 18 U.S.C. § 1470. |
| **Penalties:** | Count 1: Class C felony. Not more than 10 years imprisonment, and/or not more than a $250,000 fine. 18 U.S.C. § 1470. |
| **Supervised Release:** | Count 1: Not more than 3 years. 18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count 1: Not more than 2 years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Additional Term of Supervised Release for Violation of Supervised Release:** | Count 1: Not more than 3 years, less the term of imprisonment imposed for revocation. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | Michael A. Cunniff, Esq. |
| **Primary Investigative Agency and Case Agent Name:** | HSI Special Agent Douglas M. McDonnell |
| **Detention Status:** | Defendant was released on conditions. |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Sagadahoc |
| **AUSA:** | Craig M. Wolff |
| **Guidelines apply? Y/N** | Yes |

| Victim Case: | No |
| --- | --- |
| Corporate Victims Owed Restitution: | N/A |
| Assessments: | $100. |