UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 2:16-cr-116-JDL |
| | ) |
| GARRETT BROSNAN | ) |
| | ) |

## PROSECUTION VERSION

If this case were to proceed to trial, the government would prove that on June 2, 2016, in the District of Maine, the Defendant, Garrett Brosnan, knowingly attempted to transfer obscene matter to another individual under the age of 16. The government would prove the following facts through witness testimony, electronic evidence, and documentary evidence.

In May of this year, agents from Homeland Security Investigations (HSI) were investigating a report that an unknown adult male had an inappropriate online interaction with a minor girl in Arizona. Investigators obtained information suggesting that the male was the Defendant, who resided in Bath, Maine.

An investigator with HSI, who was in Arizona, initiated an undercover online conversation with the Defendant in late May. The investigator said she was a 14-year-old girl from Arizona. The Defendant said he was 22 years old and lived in New Hampshire. During the course of the conversation, the Defendant repeatedly asked the investigator for pictures and the conversation became sexual in nature. The conversation progressed to the point where the Defendant asked for a picture of the investigator without a bra on. The Defendant stated on one occasion that he wanted to make her pregnant.

On June 2, 2016, during the course of a conversation on the smartphone messaging application Kik, the Defendant, who was in Maine, sent the investigator a picture of himself

exposing his penis and stomach area. A short time later, the Defendant sent another picture of himself exposing his erect penis in his right hand. A copy of the picture is submitted under seal as Exhibit 1. In other Kik conversations with the undercover investigator, the Defendant sent her videos that clearly showed his face.

Information provided by Kik regarding the account that had been used to send the two images to the undercover investigator showed that the account user had registered a Samsung Galaxy S5 cell phone, model # SM-G900A. The Defendant was arrested on June 21, 2016, and was found to be in possession of such a phone. A search warrant was obtained for the phone, and a forensic analysis later revealed that the phone contained the two photographs received by the undercover investigator on June 2.

The Defendant knowingly transferred Exhibit 1 to the undercover investigator. At the time he sent it, he believed the investigator was under the age of 16. He used the internet, a means and facility of interstate commerce, to transfer the image from Maine to Arizona.

Respectfully submitted,

Craig M. Wolff
Assistant United States Attorney

Dated: August 29, 2016

# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2016, I filed this **Prosecution Version** by hand with the Clerk of Court. I also sent a copy via email to the following:

**Michael A. Cunniff, Esq.**
**McCloskey, Mina & Cunniff, LLC**
**mcunniff@lawmmc.com**

THOMAS E. DELAHANTY II
UNITED STATES ATTORNEY

*/s/ Craig M. Wolff*

Assistant United States Attorney
U.S. Attorney's Office
100 Middle Street Plaza, East Tower
Portland, ME 04101
(207) 780-3257
craig.wolff@usdoj.gov