UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME: USA v. Garrett G. Brosnan

DOCKET NO: 2:16-cr-116-JDL

PROCEEDING TYPE: Sentencing

## Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1 | | | Copy of chat logs | 1/11/17 | 1/11/17 | | 1/11/17 |
| | 1 | | Letter on behalf of defendant | 1/11/17 | 1/11/17 | | 1/11/17 |
| | 2 | | Letter on behalf of defendant | 1/11/17 | 1/11/17 | | 1/11/17 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |